**Joe Lee FULGHAM, Plaintiff—Appellant,**

v.

**Westbrook J. PARKER, Honorable Judge; Judge, ? ? ?; Judge, ? ? ?, Defendants—Appellees.**

No. 06–6733.

United States Court of Appeals, Fourth Circuit.

Submitted July 20, 2006.

Decided July 28, 2006.

Joe Lee Fulgham, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joe Lee Fulgham appeals the district court's order denying his motion for reconsideration of the dismissal of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulgham v. Parker,* No. 2:05–cv–00401–JBF (E.D. Va. filed Feb. 24, 2006 & entered Feb. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*